Case 1:08-cv-04492 Document 2 Filed 08/08/2008 Page 1 of 1

FILED: AUGUST 8, 2008
08CV4492
JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER
EDA

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Kyung Hye Yano, Individually and as Guardian/Parent/Next Friend of S.Y., a Minor

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff: Cook
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Michael D. Robbins & Associates
150 N. Wacker Drive, Suite 2460
Chicago, IL 60606    (312) 899-8000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

(Place an "X" in One Box for Plaintiff and One Box for Defendant)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

440 Other Civil Rights [x]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[x] 1 Original Proceeding

## VI. CAUSE OF ACTION

20 U.S.C. 1681; 42 U.S.C. 2000

## VII. PREVIOUS BANKRUPTCY MATTERS

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: [x] Yes [ ] No

## IX. This case

[x] is not a refiling of a previously dismissed action.

DATE: 8/8/08

SIGNATURE OF ATTORNEY OF RECORD: [signature]