U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
KYUNG HYE YANO, et al.
v.
City Colleges of Chicago, et al.

Case Number:
FILED: AUGUST 8, 2008
08CV4492
JUDGE ZAGEL
MAGISTRATE JUDGE SCHENKIER
EDA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kyung Hye Yano, Individually and as Guardian/Parent/Next Friend of S.Y., a Minor

| | |
|---|---|
| NAME (Type or print) | |
| John J. Scaccia | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John J. Scaccia | |
| FIRM | |
| Scaccia & Associates, LLC | |
| STREET ADDRESS | |
| 536 West Central Ave., Second Floor | |
| CITY/STATE/ZIP | |
| Springboro, Ohio 45066 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 0022217 | (937) 223-7848 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |