UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| KYUNG HYE YANO, et al. v. City Colleges of Chicago, et al. | FILED: AUGUST 8, 2008<br>08CV4492<br>JUDGE ZAGEL<br>MAGISTRATE JUDGE SCHENKIER<br>EDA |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Kyung Hye Yano, Individually and as Guardian/Parent/Next Friend of S.Y., a Minor

| | |
|---|---|
| NAME (Type or print) | |
| MICHAEL D. ROBBINS | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Michael D. Robbins | |
| FIRM | |
| Michael D. Robbins & Associates | |
| STREET ADDRESS | |
| 150 North Wacker Drive, Suite 2460 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 2350394 | (312) 899-8000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐