**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kyung Hye Yano

                          Plaintiff,

v.                                                  Case No.: 1:08−cv−04492
                                                      Honorable James B. Zagel

City Colleges of Chicago, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 11, 2008:

      MINUTE entry before the Honorable James B. Zagel:The Clerk of Court is directed to replace the pdf to document number 1 with a redacted pdf submitted by plaintiff's counsel.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.