(Revised 06/08)

# United States District Court  Northern District of Illinois
## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Kyung Hye Yano individually and as Parent/Guardian of S.Y., a minor | Plantiff(s) |
|---|---|---|
| | VS. | |
| | City Colleges of Chicago et. al, | Defendant(s) |

| Case Number: | Judge: |
|---|---|

I, _____John J. Scaccia_____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

__Kyung Hye Yano individually and as Parent/Guardian of S.Y., a minor__ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| Supreme Court Ohio | 11/1/1983 |
| U. S. Dist. Court Southern District Ohio; U. S. Dist. Court  Northern District Ohio | 12/6/1983; 4/30/07 |
| United States Court of Appeals for the Sixth Circuit | June 28, 2005 |
| Supreme Court of the United States of America | December 4, 2006 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes  ⊙     No  ○

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | | |
|---|---|---|
| censured, suspended, disbarred, or witherwise disciplined by any court? | Yes ○ | No ◉ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | Yes ○ | No ◉ *See Attached* |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of nay court? | Yes ○ | No ◉ |
| denied admission to the bar of any court? | Yes ○ | No ◉ |
| held in contempt of court? | Yes ○ | No ◉ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_Aug. 1, 2008_
Date

s/ *John J. Scaccia*
Electronic Signature of Applicant

| Applicant's Name | Last Name<br>Scaccia | First Name<br>John | Middle Name/Initial<br>J. |
|---|---|---|---|
| Applicant's Law Firm | Scaccia & Associated LLC | | |
| Applicant's Address | Street Address<br>536 West Central Avenue | | Room/Suite Number<br>2nd Floor |
| | City<br>Springboro | State<br>OH | ZIP Code<br>45066 | Work Phone Number<br>937.223.7848 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE:   Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of the Court. The fee for admission to the General Bar is $100.00  The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

      I have received no notice of any investigation of me by the Ohio Supreme Court (the Ohio equivalent of the ARDC). I am in good standing in all Courts in which I am licensed to practice law.

      In the interest of full disclosure, in recent months I was informed of two letters of complaint which were sent to the local (Dayton) Bar Association by former clients in two separate, unrelated matters. Both matters complain of my decisions to decline further representation, and to not pursue litigation. I have indicated to the Dayton Bar Association that I will provide voluntary statements regarding these matters, which are due to be submitted to the Bar on October 11, 2008.

_/s/ John J. Scaccia_
John J. Scaccia