UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SAYURI YANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 4492 |
| | ) | |
| CITY COLLEGES OF CHICAGO, et al., | ) | Judge Wood |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO AMEND THE FINAL PRETRIAL ORDER

NOW COME Defendants, Priscilla Lancki and Mohamed El-Maazawi, by their undersigned counsel, and respectfully request that this Honorable Court modify the Pretrial Order by removing Yvonne Harris from the active witness list and instead having her testimony presented through her deposition. In support of their Motion, Defendants state as follows:

1. This is an action set for trial on January 5, 2015, brought by a then-minor against two of her college professors alleging intentional infliction of emotional distress.

2. On January 23, 2014, this Court reset this matter for trial on August 11, 2014. On April 21, 2014, this Court entered an Order requiring that the joint final pretrial order be filed by June 27, 2014.

3. The Parties Joint Final Pretrial Order was filed on June 27, 2014, as scheduled. [Docket No. 181] In the Pretrial Order, Yvonne Harris was listed as a witness in this case. [Docket No. 181-1 p.4]

4. On August 1, 2014, the August 11th trial date was stricken and on August 19, 2014, this Court reset the trial date to January 5, 2015. [Docket Nos. 207 and 212].

5. In preparing for trial, the undersigned counsel has learned that in July 2014, after the Pretrial Order was entered, Yvonne Harris moved to Harrisonburg, Virginia, and Defendants are now unable to procure her attendance at trial through subpoena.

6. Dr. Harris was deposed on August 13, 2012, by counsel for Plaintiff. Since Dr. Harris cannot be required to attend the trial and testify in person, Defendants seek to introduce the following portions of her deposition testimony:

| | |
|---|---|
| Page 6, lines 6-13 | Page 6, line 20 to page 7, line 6 |
| Page 7, line 24 to page 8, line 10 | Page 9, line 13 to page 11, line 14 |
| Page 11, line 17 | Page 11, line 23 to page 19, line 6 |
| Page 20, line 6 to page 21, line 1 | Page 24, line 2 to page 25, line 11 |
| Page 25, line 21 to page 32, line 7 | Page 40, line 18 to page 42, line 23 |
| Page 59, lines 8-15 | Page 60, line 24 to page 61, line 7 |
| Page 64, line 19 to page 66, line 5 | Page 70, line 10 to page 71, line 20 |

7. Dr. Harris' testimony largely relates to Plaintiff's spoliation argument; Dr. Harris testified that she received the original of the contested exam and scoring sheet from Dr. Lancki and returned copies to Dr. Lancki. This issue is the subject of a Motion *in Limine* and if the Court excludes evidence or argument suggesting that Dr. Lancki is responsible for the loss of the original test and scantron, Dr. Harris' testimony may not be necessary in this trial.

WHEREFORE, Defendants, Priscilla Lancki and Mohamed El-Maazawi, respectfully request that this Honorable Court amend the Final Pretrial Order to change Yvonne Harris from being a live witness to a witness by deposition designations, and that the Court grant such further and additional relief as it deems just and proper.

Dated: December 5, 2014　　　　PRISCILLA LANCKI and MOHAMED EL-MAAZAWI

By: ＿＿s:/Jeffrey S. Fowler＿＿
　　One of Their Attorneys

Jeffrey S. Fowler (6205689)
Heather Becker (6280584)
Laner Muchin, Ltd.

515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Fowler, an attorney, hereby certify that on December 5, 2014, I caused to be served a copy of the foregoing **Motion** in the above-captioned matter to be filed with the Clerk of the District Court and served on the party of record listed below, by operation of the Court's CM/ECF electronic filing system, addressed to:

> Lawrence Rosen
> 1437 Johnson Dr.
> Buffalo Grove, IL 60089
> (312) 927-9927
> Email: larrosen@aol.com

s:/Jeffrey S. Fowler
Jeffrey S. Fowler