# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| Sayuri Yano <br> *Plaintiff* <br> v. <br> Mohamed El-Maazawi; Priscilla Lancki <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 08-cv-4492 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: The jury with respect to Plaintiff's claim of intentional infliction of emotional distress against Defendants Dr. Mohamed El-Maazawi and Priscilla Lancki finds for Defendants and against Plaintiff Sayuri Yano.

This action was *(check one)*:

x tried by a jury with Judge **Andrea R. Wood** presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: Jan 9, 2015

*CLERK OF COURT*

/s/ Alicia Castillo
*Signature of Clerk or Deputy Clerk*