UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Kyung Hye Yano, et al.
                                        Plaintiff,
v.                                                      Case No.: 1:08−cv−04492
                                                        Honorable Andrea R. Wood
City Colleges of Chicago, et al.
                                        Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 10, 2015:

MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Defendants' response to Plaintiff's post trial motion [230] shall be filed by 3/24/2015. Plaintiff's reply in support of the motion shall be filed by 4/7/2015. Defendants' supplemental bill of costs shall be filed by 3/17/2015. Plaintiff's objections to Defendants bill of costs shall be filed by 4/7/2015. At the completion of all briefing, both matters will be taken under advisement. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.